UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-240-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| JOSE ALPHONSO RODRIGUEZ COLLADO ) | |

Upon motion of the United States, it is hereby ORDERED that the above-referenced case be sealed until such time as requested to be unsealed by the Assistant Attorney General.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and a signed copy of the Order to the United States Attorney's Office.

This <u>14th</u> day of <u>September</u>, 2015.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE