UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-240-FL-1

UNITED STATES OF AMERICA :
:
V. : ORDER
:
JOSE ALFONSO RODRIGUEZ COLLADO :

Upon motion of the United States of America, and for good cause shown, the sealed One-Count Criminal Information filed with the United States District Court in the Eastern District of North Carolina on August 21, 2015, and related plea agreement is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 17th day of February, 2016.

*(signature)*

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE